### In the Interest of K.B., Plaintiff.
### (Two Cases)

### JUVENILE OFFICER, Respondent,

### v.

### R.S.–Father, Appellant. (Two Cases)

### Nos. WD 50315, WD 50316.

Missouri Court of Appeals,
Western District.

Submitted July 18, 1995.

Decided Oct. 10, 1995.

---

Scott Carter, Asheville, N.C., for appellant.

Karen E. Snyder, Lori Stipp, Kansas City, for Respondent Juvenile Officer.

Amy Wyssman, Kansas City, Guardian Ad Litem.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

This action involves a proceeding for the termination of parental rights. R.S., who will remain incarcerated until at least 1999, appeals from the trial court's judgment terminating his parental rights as to his two children, K.B. and K.B. He contends, *inter alia*, that the trial court erred because the court based its determination solely on the fact that he is incarcerated.

Judgment is affirmed. Rule 84.16(b).